FILED

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

2022 FEB 16 PM 4:25

CLERK, US DISTRICT COURT
MIDDLE DISTRICT OF FL
JACKSONVILLE FLORIDA

**Anthony Deleo, Jr.**

Plaintiff,

vs.  CASE NO.: 3:22 CV 181-TJC-JBT

**Dr. Kilolo Kijakazi**
Acting, Commissioner of Social Security,

Defendant.
_____/

## COMPLAINT

The plaintiff, Mr. Anthony Deleo, Jr., , makes this his Complaint against the defendant and says: He is a citizen of the United States of America. The plaintiff's mailing address is in St. Johns County, Florida, at 612 Pelham Rd., St. Augustine, Florida 32092.

1. This case is brought before this Honorable Court in order to review the decisions of both the Social Security Administration's Appeals Council and the decision of the Administrative Law Judge (ALJ); on the claim of the plaintiff for a Disability Insurance Benefits (DIB) application pursuant to the Social Security Act.

2. The plaintiff has been assigned the Social Security Number xxx-xx-4368 and monies have been paid to this account by the employers of the plaintiff.

3. That the usual payroll deductions were made on behalf of the plaintiff and continued until the plaintiff was no longer able to work.

4. The ALJ issued an Unfavorable Decision on August 31, 2021 and the Appeals Council denied the Plaintiff's Request for Review on December 20, 2021.

5. Plaintiff would show that the evidence submitted to the Commissioner was sufficient to entitle him to a favorable decision, contrary to the findings of the Commissioner.

6. WHEREFORE, the plaintiff respectfully requests that the Commissioner of Social Security, defendant herein, be required to answer this Complaint and to file a certified copy of the transcript of the record including evidence upon which said decision of the Appeals Council and ALJ were made, the decision of the Commissioner be reviewed, reversed and set aside and the claim of the plaintiff, for a rating of DIB be allowed and the Commissioner of Social Security, be ordered to make payments under the claim of the plaintiff and that this Honorable Court grant such other and further relief as it may deem just and proper.

*[signature]*
WILLIAM E. HORNE, JR.
Attorney for Plaintiff
P.O. Box 52146
Jacksonville, Florida 32201
(904) 358-1001
Florida Bar No.: 0507636